SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-5742 EMC |
| Plaintiff, ) | |
| v. ) | |
| 1. $79,900 IN UNITED STATES ) CURRENCY, AND ) | CERTIFICATE OF SERVICE |
| 2. $38,000 IN UNITED STATES ) CURRENCY, ) | |
| Defendants. ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Complaint for Forfeiture;

2. Warrant of Arrest of Property In Rem;

3. Public Notice of Forfeiture Action;

4. Case Management Conference Order;

*1*

5. United States District Court Information Sheet;

6. ECF Registration Information Handout; and

7. Booklet entitled "Dispute Resolution Procedures in the Northern District of California

to be served on November 26, 2007 by certified mail delivery upon the persons below at the place and address which is the last known address:

Douglas I. Horngrad, Esq.  
1736 Stockton Street  
San Francisco, CA 94133-2926

Mark R. Vermeulen, Esq.  
755 Florida Street, #4  
San Francisco, CA 94110-2044

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of November, 2007 at San Francisco, California.

_____/S/_____  
ALICIA CHIN  
Paralegal/AFU