Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Claimant
TIM CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>        Plaintiff,                                      )<br>                                                           )<br>        v.                                                )<br>                                                           )<br>$79,900 IN U.S. CURRENCY and     )<br>$38,000 IN U.S. CURRENCY,            )<br>                                                           )<br>        Defendants.                              )<br>                                                           )<br>TIM CHAN,                                         )<br>                                                           )<br>        Claimant.                                   )<br>                                                           ) | No. CV-07-5742 EMC<br><br>**CLAIM OF TIM CHAN** |

Claimant Tim Chan hereby claims all right, title and interest in the $79,900 listed as the first defendant property, and $30,099 of the $38,000 listed as the second defendant property, as the lawful owner of these properties.

Dated:  December 26, 2007                             Respectfully submitted,


                                                                       /S/_____
                                                                       Mark R. Vermeulen
                                                                       Attorney for Claimant
                                                                       TIM CHAN

-1-

**VERIFICATION**

I, Tim Chan, declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2007 at San Francisco, CA.

                                                  /S/_____
                                                  Tim Chan