```
 1  DOUGLAS I. HORNGRAD
    Attorney at Law
 2  (CA State Bar No. 95086)
    Maybeck Building Four
 3  1736 Stockton Street
    San Francisco, CA 94133
 4  Telephone: (415) 397-9509
    Facsimile: (415) 397-9519
 5
    Attorney for Claimant
 6  JENNY RUI ZHU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV-07-5742-EMC |
| ) | |
| Plaintiff, ) | **CLAIM OF JENNY RUI ZHU** |
| ) | |
| v. ) | |
| ) | |
| $79,900 IN U.S. CURRENCY, AND ) | |
| $38,000 IN U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| JENNY RUI ZHU ) | |
| ) | |
| Claimant. ) | |
| _____ ) | |

Claimant Jenny Rui Zhu hereby claims all right, title and interest in $8,000 of the $38,000 listed as the second defendant property, as the lawful owner of said property.

Dated: December 31, 2007                    Respectfully submitted,


                                            /s/ Douglas Horngrad
                                            DOUGLAS I. HORNGRAD
                                            Attorney for Claimant
                                            JENNY RUI ZHU

**VERIFICATION**

I, Jenny Rui Zhu, declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2007, at San Francisco, CA.

                                                      /s/ Jenny Zhu
                                                      Jenny Rui Zhu