Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Claimant
TIM CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-07-5742 EMC |
| Plaintiff, | **CLAIMANT CHAN'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| $79,900 IN U.S. CURRENCY and $38,000 IN U.S. CURRENCY, | |
| Defendants. | |
| TIM CHAN, | |
| Claimant. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Claimant Tim Chan hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and to order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  January 3, 2008                                  Respectfully submitted,


                                                                             /S/_____
                                                                             Mark R. Vermeulen
                                                                             Attorney for Claimant
                                                                             TIM CHAN