1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Claimant
6  JENNY RUI ZHU

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 UNITED STATES OF AMERICA,        )   No. CV-07-5742-EMC
                                    )
12         Plaintiff,               )   **CLAIMANT ZHU'S CONSENT TO**
                                    )   **PROCEED BEFORE A UNITED**
13    v.                            )   **STATES MAGISTRATE JUDGE**
                                    )
14 $79,900 IN U.S. CURRENCY, AND    )
   $38,000 IN U.S. CURRENCY,        )
15                                  )
           Defendants.              )
16 _____)
                                    )
17 JENNY RUI ZHU                    )
                                    )
18         Claimant.                )
   _____)
19

20     In accordance with the provisions of Title 28, U.S.C. Section 636(c), Claimant Jenny

21 Rui Zhu hereby voluntarily consents to have United States Magistrate Judge Edward M.

22 Chen conduct any and all further proceedings in the case, including trial, and to order the

23 entry of a final judgement.  Appeal from the judgement shall be taken directly to the United

24 States Court of Appeals for the Ninth Circuit.

25

26 Dated: January 4, 2008                    Respectfully submitted,

27

28                                           /s/ Douglas Horngrad
                                             DOUGLAS I. HORNGRAD