1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1.  $79,900 IN UNITED STATES CURRENCY, AND<br><br>2.  $38,000 IN UNITED STATES CURRENCY,<br><br>    Defendants. | No.  C 07-5742 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: February 20, 2008<br>Time: 1:00 p.m.<br>Place: Honorable Edward M. Chen, 15th floor |

1  The parties submit this Statement to advise the Court that a tentative Settlement of this case has been
2  reached. Therefore, the undersigned respectfully request that the Case Management Conference,
3  currently scheduled for February 20, 2008 at 1:00 p.m. be continued until March 5, 2008 at 1:00 p.m., or
4  to a date convenient to the Court, so that all issues pertinent to the agreement may be finalized.

Dated:                                          JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                  /s/

                                                STEPHANIE M. HINDS
                                                Assistant United States Attorney


                                                  /s/

Dated:                                          _____
                                                MARK R. VERMEULEN, ESQ.
                                                Attorney for Tim Chan


                                                  /s/

Dated:                                          _____
                                                 DOUGLAS I. HORNGRAD, ESQ.
                                                Attorney for Jenny Rui Zhu


**[PROPOSED] ORDER**

Upon the stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for February 20, 2008 at 1:00 p.m. be continued until _____, 2008.

IT IS SO ORDERED.

Dated:                                          _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge

STIPULATION RE CONTINUANCE OF
CMC AND [PROPOSED] ORDER
C 07-5742 EMC                                                                                           2