JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1.  $79,900 IN UNITED STATES CURRENCY, AND<br><br>2.  $38,000 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendants. | No.  C 07-5742 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: February 20, 2008<br>Time: 1:00 p.m.<br>Place: Honorable Edward M. Chen, 15th floor |

1    The parties submit this Statement to advise the Court that a tentative Settlement of this case has been
2 reached. Therefore, the undersigned respectfully request that the Case Management Conference,
3 currently scheduled for February 20, 2008 at 1:00 p.m. be continued until March 5, 2008 at 1:00 p.m., or
4 to a date convenient to the Court, so that all issues pertinent to the agreement may be finalized.

6 Dated:                                          JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                         /s/

                                                  STEPHANIE M. HINDS
                                                  Assistant United States Attorney


                                                         /s/
11 Dated: _____
                                                  MARK R. VERMEULEN, ESQ.
12                                                Attorney for Tim Chan


                                                         /s/
14 Dated: _____
                                                   DOUGLAS I. HORNGRAD, ESQ.
15                                                Attorney for Jenny Rui Zhu


17                              **[PROPOSED] ORDER**

18    Upon the stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED that the
19 case management conference currently scheduled for February 20, 2008 at 1:00 p.m. be continued until
20 ___March 19_____, 2008.   at 1:30 p.m.  A Joint Case Management Statement shall be filed by March 12, 2008.
21     IT IS SO ORDERED.
22 Dated: _____
                                                  EDWARD M. CHEN
23                                                United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen