1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748
   email:    stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. C 07-5742 EMC
                                       )
14              Plaintiff,             )
                                       )
15       v.                            )
                                       )
16  1.  $79,900 IN UNITED STATES       )    SETTLEMENT AGREEMENT AND
        CURRENCY, AND                  )    [PROPOSED] FINAL ORDER O
17                                     )    FORFEITURE
    2.  $38,000 IN UNITED STATES       )
18      CURRENCY,                      )
                                       )
19                                     )
                Defendants.            )
20  _____)

21              SETTLEMENT AGREEMENT

22     In full settlement of all claims and disputes arising from and related to the captioned forfeiture

23  action, plaintiff, United States of America and claimants, Tim Chan and Jenny Rui Zhu, hereby stipulate

24  and agree as follows:

25     1.  On July 10, 2007, defendant $79,900 in United States currency was seized from Tim Kwun Chan

26  and defendant $38,000 in United States currency was seized from Jenny Rui Zhu at the San Francisco

27  International Airport (collectively referred to as "defendant funds") for their failure to declare all the

28  defendant funds as required by Title 31, United States Code. Section 5316(a).

                                                                                    /

2.  On November 13, 2007, plaintiff filed a complaint seeking forfeiture of the defendant funds, pursuant to Title 31, United States Code, Section 5317(c) and Title 31, United States Code, Section 5332(c).

3.  Tim Chan and Jenny Rui Zhu are the sole claimants to the defendant funds.

4.  Claimants Tim Chan and Jenny Zhu consent to the forfeiture of $59,000 of the defendant currency, pursuant to Title 31, United States Code, Section 5317(c) and Title 31, United States Code, Section 5332(c). Claimants agree that there is sufficient evidence to support the forfeiture of $59,000 of the defendant funds and hereby withdraws and abandons their claims to said funds. Claimants Tim Chan and Jenny Zhu further agree that said $59,000 of the defendant funds shall be forfeited to the United States, and disposed of by the appropriate federal agency according to law, without further notice to them.

5.  The balance of the defendant funds – $58,900 -- shall be returned to Claimants Tim Chan and Jenny Zhu, through their attorneys as follows: (1)  $6,000 shall be returned to Jenny Zhu via a check made payable to Jenny Zhu and Douglas Horngrad, and sent to Mr.  Horngrad at his office located at 1736 Stockton Street, San Francisco, CA 94133-2926; (2) $52,900 shall be returned to Tim Chan via a check made payable to Tim Chan and Mark Vermueulen, and sent to Mr.  Vermuelen at his office located at  755 Florida Street, #4, San Francisco, CA 94110-2044.

6.  Claimants Tim Chan and Jenny Rui Zhu, their heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant funds.

7.  Each party shall pay its own attorney fees and costs.

Dated:  3/5/08

JOSEPH P. RUSSONIELLO
United States Attorney


STEPHANIE M. HINDS
Assistant United States Attorney

SETTLEMENT AGREEMENT AND [PROPOSED] FINAL ORDER O FORFEITURE
C 07-5742 EMC

2

1
2    Dated: 03/04/08

3                                              MARK R. VERMEULEN, ESQ.
                                               Attorney for Tim Chan
4    Dated: 3/4/08

5                                              DOUGLAS I. HORNGRAD, ESQ.
                                               Attorney for Jenny Rui Zhu
6    Dated: 3/4/08

7                                              JENNY RUI ZHU, Claimant

8    Dated: 3/4/08

9                                              TIM CHAN, Claimant

10

11                    [PROPOSED] FINAL ORDER OF FORFEITURE

12          Based upon the above stipulation and all pleadings filed herein, the Court finds that there is

13   sufficient evidence to support the forfeiture of the defendant funds. Accordingly,

14
15          IT IS HEREBY ORDERED that $59,000 of the defendant funds shall be and hereby is forfeited

16   to the United States pursuant to Title 31, United States Code, Section 5317(c) and Title 31, United States

17   Code, Section 5332(c). All right, title and interest in said property is hereby vested in the United States

18   of America.

19          IT IS FURTHER ORDERED that $52,900 of the defendant funds shall be returned to claimant

20   Tim Chan. The United States shall make a check payable in that amount to Tim Chan and Mark R.

21   Vermeulen, and sent to his attorney, Mark R. Vermeulen, at his business address located at 755 Florida

22   Street, #4, San Francisco, CA 94110-2044.

23          IT IS FURTHER ORDERED that $6,000 of the defendant funds shall be returned to claimant

24
25   Jenny Rui Zhu. The United States shall make a check payable in that amount to Jenny Zhu and Douglas

26   Horgrand, and sent to her attorney, Douglas I. Horngrad, at his business address located at 1736 Stockton
                                 Suite #4
S.H -
27   Street, San Francisco, CA 94133-2926.

28          IT IS FURTHER ORDERED that claimants Tim Chan and Jenny Rui Zhu, their heirs,

SETTLEMENT AGREEMENT AND [PROPOSED] FINAL ORDER O FORFEITURE
C 07-5742 EMC                                                                                    3

1    representatives and assignees, shall hold harmless the United States, any and all agents, officers,

2    representatives and employees of same, including all federal and local enforcement officers, for any and

3    all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant funds.

4            IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.

5            IT IS FURTHER ORDERED that the United States or its designee dispose of the forfeited

6    $59,000

S.M. $59,000

7    $60,000 according to law.

8            IT IS SO ORDERED.

9

10

11    Dated:        March 7, 2008

12                                          EDWARD M. CHEN
                                          UNITED STATES DISTRICT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

